FITZGERALD v. STATE. (No. 3177.)

(Court of Criminal Appeals of Texas. June 24, 1914.)

CRIMINAL LAW (§ 1120*) — APPEAL — SCOPE OF REVIEW—RECORD—EVIDENCE.

Alleged errors assigned in motion for a new trial concerning the admission of testimony and the insufficiency thereof to sustain a conviction cannot be reviewed, where the evidence is not in the record.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2931–2937; Dec. Dig. § 1120.*]

Appeal from Dallas County Court, at Law; W. F. Whitehurst, Judge.

A. J. Fitzgerald was convicted of a misdemeanor, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, J. This is a misdemeanor conviction. The record is before us without a statement of facts or bills of exception. The matters raised in the motion for new trial relate mainly to alleged errors of the court in admitting testimony and the insufficiency of the evidence to sustain the conviction. The evidence is not before us, and therefore these matters cannot be revised.

The judgment is affirmed.